UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CEC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00098-CSW-MPB |
| | ) | |
| MARTIN O'MALLEY, Commissioner of the Social Security Administration | ) ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Order directing the entry of final judgment, the Court now enters **FINAL JUDGMENT.**

Judgment is entered in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by his Complaint, and this action is terminated.

**Entered: June 27, 2024**

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.